FILED

JUL 2 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>        Plaintiffs,               )<br>                                   )<br>    vs.                            )<br>                                   )<br> FREDY ARCIGA-MEDRANO,             )<br>                                   )<br>        Defendant.                 )<br>_____) | No. 1:10-MJ- 00170 DLB<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on July 28, 2010 to Time Served, IT IS HEREBY ORDERED that the defendant shall therefore be released to a United States Immigration and Customs Officer. A certified Judgment and Commitment order to follow.


DATED: ___July 28, 2010_____

_____
DENNIS L. BECK
United States Magistrate Judge

9/26/96 exonbnd.frm

1